UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

SHLOMO OVED, on behalf of himself
and all other similarly situated consumers,

                Plaintiff,

                Case No. 1:12-cv-04702 (ARR) (CLP)

    v.

MERCANTILE ADJUSTMENT BUREAU, LLC,

                Defendant.

_____/

**JOINT STIPULATION OF DISMISSAL WITH PREJUDICE**

    Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), the parties hereby file this joint stipulation of dismissal with prejudice.  The parties have reached a settlement and Plaintiff agrees to dismiss all claims with prejudice.  Each party will bear its own fees and costs.

    Dated, this 23rd day of January, 2013.

| | |
|---|---|
| /s/ Adam J. Fishbein, P.C. | /s/ Aaron R. Easley |
| Adam J. Fishbein, P.C. | Aaron R. Easley, Esq. (ae9922) |
| Attorney at Law | SESSIONS, FISHMAN, NATHAN & |
| 483 Chestnut Street | ISRAEL, LLC |
| Cedarhurst, NY  11516 | 200 Route 31 North, Suite 203 |
| Telephone:  (516) 791-4400 | Flemington, NJ  08822-5736 |
| Facsimile:  (516) 791-4411 | Telephone: (908) 751-5940 |
| *Attorneys for Plaintiff* | Facsimile: (908) 751-5944 |
| | aeasley@sessions-law.biz |
| | *Attorneys for Defendant* |

SO ORDERED:

_____
U.S.D.J.