UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

SHLOMO OVED, on behalf of himself
and all other similarly situated consumers,

                Plaintiff,

                Case No. 1:12-cv-04702 (ARR) (CLP)

v.

MERCANTILE ADJUSTMENT BUREAU, LLC,

                Defendant.

_____/

### JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), the parties hereby file this joint stipulation of dismissal with prejudice. The parties have reached a settlement and Plaintiff agrees to dismiss all claims with prejudice. Each party will bear its own fees and costs.

Dated, this 23rd day of January, 2013.

/s/ Adam J. Fishbein, P.C.
Adam J. Fishbein, P.C.
Attorney at Law
483 Chestnut Street
Cedarhurst, NY 11516
Telephone: (516) 791-4400
Facsimile: (516) 791-4411
*Attorneys for Plaintiff*

/s/ Aaron R. Easley
Aaron R. Easley, Esq. (ae9922)
SESSIONS, FISHMAN, NATHAN &
ISRAEL, LLC
200 Route 31 North, Suite 203
Flemington, NJ 08822-5736
Telephone: (908) 751-5940
Facsimile: (908) 751-5944
aeasley@sessions-law.biz
*Attorneys for Defendant*

SO ORDERED:

    /s/(ARR)

U.S.D.J.